UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER TRIBULA,  )
  )
      Plaintiff,  )
  ) Case No. 2:08-cv-13300-PJD-MKM
v.  ) Judge: Patrick J. Duggan
  )
SPX CORPORATION,  )
  )
      Defendant.  )
  )

_____/

## STIPULATED ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

By consent of counsel, endorsed below, and the Court being fully advised,

IT IS ORDERED that Plaintiff's claims and this action are dismissed, with prejudice and without costs.

It is so Ordered.

          s/Patrick J. Duggan

          Patrick J. Duggan

          United States District Judge

Dated: April 28, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 28, 2009, by electronic and/or ordinary mail.

          s/Marilyn Orem

          Case Manager

5811945.1 13455/124146

2

The undersigned parties stipulate to the terms and the entry of the above Order.

STIPULATED AND AGREED:

**GOTTLIEB AND GOREN, P.C.**

By: /s Charles Gottlieb
     Charles Gottlieb (P14221))
Attorneys for Plaintiff
30150 Telegraph, Suite 249
Bingham Farms, MI  48025
(248) 593-0090
cgottlieb@g2law.net

Dated:  April 28, 2009

**CLARK HILL PLC**

By: /s Jennifer M. Buckley
     Daniel J. Bretz (P34334)
     Jennifer M. Buckley (P38767)
Attorneys for Defendant
500 Woodward Avenue, Suite 3500
Detroit, MI  48226
(313) 965-8300
jbuckley@clarkhill.com

Dated:  April 28, 2009